UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DAVID CAMPELL, et al., | No. C 13-01595 LB |
| Plaintiffs, | **ORDER (1) DENYING PLAINTIFFS' MOTION TO CONFIRM AN ARBITRATION AWARD AND (2) SETTING A CASE MANAGEMENT CONFERENCE** |
| v. | |
| PACIFIC WEST FINANCIAL GROUP, et al., | |
| Defendants. | [Re: ECF Nos. 5, 22] |
| _____/ | |

An arbitration panel of the Financial Industry Regulatory Authority ("FINRA") (the "FINRA Arbitration Panel") issued an award in favor of Plaintiffs[1] and, jointly and severally, against

---

[1] Plaintiffs are: Curtis and Susan Alling; James and Anna Almond; Robert Best; Blair Brooksby; Leon and Francesca Brown; David Campell; Guadalupe D. Carillo and Magdalena M. Carillo Trust; Jeanette Chan; Spencer Chen; James and Jean Chew; Mischel Choi; Evelyn Del Cid; Bill Dorer; Edling Family Trust; William Evans and William E. Evans Living Trust (Michelle Milota Trustee); Michael Flanagan; Mary Ann George; David Jantz; Deborah Keyston; George Keyston; Ron Keyston; Yvonne Keyston; Myung Kim; Nairn Kirkpatrick; Susan Kleefeld; Steven Kwock; Paul and Betty Lee; Kin and Mae Leong; Steve Maycock; Matthew Medina; Michael Medina; Jeff and Laverne Moore; Darryl Morrison and Darryl Morrison Trust; David Moy; Michelle Murasko; Lawrence Partusch (Lawrence E. Partusch Revocable Trust); Sharon Ratliff; Jerry and Ruth Rubelt; Sheik Sahib; Cheri Schappert; Monica Schluer; Peggy Shockley; Soares Family Trust (Lance and Stacy); Alice Soto; Phil Spagnoli; Curtis and Marsha Sylvester-Jose; Kirk Theis; Nina and Richard Thomson; Curtis and Lynn Webb; James Weidinger; Wiley Family Trust

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  Defendants Pacific West Securities ("PWS") and Pacific West Financial Group ("PWFG").
2  Plaintiffs moved for an order confirming the arbitration award. Motion, ECF No. 5. PWS did not
3  oppose the motion, but PWFG did. Opposition, ECF No. 9.

4  On May 12, 2013, the court continued the hearing on Plaintiffs' motion to June 20, 2013 and
5  ordered the parties to submit further briefing about whether PWFG agreed to arbitrate Plaintiffs'
6  claims before the FINRA Arbitration Panel. 5/12/2013 Order, ECF No. 19.

7  On June 3, 2013, the day on which some of the further briefing was due, Plaintiffs, PWS, and
8  PWFG filed a notice informing that court that they have reached an agreement to resolve the dispute
9  concerning PWFG and that Plaintiffs will timely dismiss their claim against PWFG with prejudice.
10  6/3/2013 Notice, ECF No. 22 at 2. The parties also stated that Plaintiffs will enter into a stipulated
11  judgment with PWS on or before June 5, 2013 and will file a proposed order and judgment
12  confirming the arbitration award. *Id.*

13  In light of these developments, the court vacates the motion hearing set for June 20, 2013 at 9:30
14  a.m. and **DENIES AS MOOT** Plaintiffs' motion to confirm the arbitration award. To make sure
15  everything goes as planned, however, the court **SETS** a case management conference for June 20,
16  2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate
17  Avenue, San Francisco, California, 94102. The case management conference will be vacated
18  automatically if Plaintiffs timely dismiss their claim against PWFG and the parties timely file a
19  proposed order and judgment confirming the arbitration award.

20  **IT IS SO ORDERED.**
21  Dated: June 4, 2013

22  _____
LAUREL BEELER
United States Magistrate Judge

---

(Theresa Feathers Trustee); Lawrence Woodside and Lawrence Evelyn Woodside Living Trust.

C 13-01595 LB
ORDER                    2